Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno: Jessica Greenwood - (212) 637-1090

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

United States of America
v.
CASEY MICHAEL ANTONE

Defendant

Case No. 18 MAG 0831

18 mj 349

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CASEY MICHAEL ANTONE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Access Device Fraud (18 USC 1029(a)(2), (a)(5), and (b)
Conspiracy to Commit Wire Fraud (18 USC 1349)
Wire Fraud and Aiding and Abetting the Same (18 USC 1343 and 2)
Fraudulent Use of Credit Cards and Aiding and Abetting the Same (15 USC 1644(e), 18 USC 2)

Date: 02/01/2018

_Issuing officer's signature_

City and state: New York, New York

Hon. Kevin N. Fox, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/1/18, and the person was arrested on *(date)* 2/2/18 at *(city and state)* Albuquerque, NM |
| Date: 2/2/18 |

_Arresting officer's signature_

SSA Mark Ruggiero
*Printed name and title*