# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Identity/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 18-349 LF | UNITED STATES vs. ANTONE | |
| Hearing Date: | 2/5/2018 | Time In and Out: | 9:51/9:57 and 10:17/10:20 |
| Clerk: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Casey Michael Antone | Defendant's Counsel: | Aric G. Elsenheimer |
| AUSA | Joseph Spindle | Pretrial/Probation: | Sandra Avila-Toledo |
| Interpreter: | N/A | | |

## Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other

- ☐ Matter referred to _____ for final revocation hearing
- ☒ Reset to 2/12 upon request from defense counsel