# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Identity/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 18-349 LF | UNITED STATES vs. ANTONE | |
| Hearing Date: | 2/12/2018 | Time In and Out: | 11:42/12:39 |
| Clerk: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Casey Michael Antone | Defendant's Counsel: | Aric G. Elsenheimer |
| AUSA | Kristopher Houghton | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | N/A | | |

## Initial7 Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for           on           @

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds Defendant is the same person noted in Complaint    ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives Detention Hearing
- ☒ Defendant to be transferred to charging district
- ☐ Conditions

## Other

- ☐ Matter referred to       for Final Revocation Hearing
- ☒ Government calls Special Agent Mark Ruggiero (sworn)/conducts direct examination; Government moves for admission of exhibit 1 (photograph) and 2 (email); Court admits exhibits 1 and 2; Defense counsel conducts cross examination; Court excuses witness from the stand; Government addresses Court with regard to identity, requests detention; Defense counsel responds, requests release to halfway house