# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 14 2018

MATTHEW J. DYKMAN
February 14, 2018    CLERK

United States District Court of New York – Southern Division
Daniel Patrick Moynihan United States Courthouse
Attn: Court Clerk
500 Pearl Street, Room 120
New York, NY 10007-1312

      RE:   USA v. Casey Michael Antone
               Your Case No. 18MAG0831  SDNY 18 CR 101 (PAC)
               New Mexico Case No. 18mj349 LF

Dear Clerk of Court:

      The above numbered case has been ordered removed to your District pursuant to a Commitment Order by this Court. Casey Michael Antone appeared in our district and has been committed to your district for further proceedings.

      You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.nmd.uscourts.gov. Any documents not available electronically are enclosed in paper format.

      Please acknowledge receipt on the enclosed copy of this letter and return to this office.

                            Yours truly,
                            MATTHEW J. DYKMAN, Clerk

                            By: _____
                                Deputy Clerk